UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :      Hon. William H. Walls

         v.      :      Crim. No. 12-251

CLARENCE NOEL      :      <u>ORDER FOR CONTINUANCE</u>

      This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Lorraine S. Gerson, Assistant U.S. Attorney), and defendant Clarence Noel (Peter Carter, AFPD, appearing) for an order granting a continuance of the proceedings in the above-captioned matter for a period of 30 days to arrange for entry of defendant's guilty plea in this matter, the parties having recently concluded plea negotiations, with one prior continuance being requested and the defendant being aware that he has the right to have the matter tried within seventy days of the date of the defendant's arrest pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to the continuance and waived such right, and for good cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      (1)   Plea negotiations have resulted in defendant's recent execution of a plea agreement;

(2)   However, the date scheduled for entry of defendant's guilty plea is several days beyond the expiration of the current Speedy Trial Order;

(3)   As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 4 day of August, 2012,

ORDERED that this action be, and it hereby is, continued for a period of 30 days from September 4, 2012 through October 4, 2012;

ORDERED that the period from September 4, 2012 through October 4, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. WILLIAM H. WALLS
United States District Judge

Form and entry
consented to:

LORRAINE S. GERSON
Assistant U.S. Attorney

PETER CARTER, Esq.
Counsel for defendant Clarence Noel